FILED
CLERK, U.S. DISTRICT COURT

SEP 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 09 1005-RGK-53 |
| Plaintiff, | ORDER OF DETENTION AFTER |
| v. | HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) |
| Marcus Deshaun Williams, | Conditions of Release) |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( X )  the appearance of defendant as required; and/or

(B)  ( X )  the safety of any person or the community.

//

//

1   The court concludes:

2   A.   ( X )   Defendant poses a risk to the safety of other persons or the community

3   because defendant has not demonstrated by clear and convincing

4   evidence that:

5   the Defendant, Marcus Deshaun Williams, is not a danger to the

6   community, based on his 2010 conviction for bank fraud, which

7   presents an economic danger to the community.

8   _____

9   _____

10

11   (B)   (X)   Defendant is a flight risk because defendant has not shown by clear

12   and convincing evidence that:

13   Defendant has rebutted the presumption that he is a flight risk based

14   on a possible revocation term of imprisonment of 5 to 11 months for

15   the Grade C violation alleged in the Petition on Probation and

16   Supervised Release.

17   _____

18

19   IT IS ORDERED that defendant be detained.

20

21

22   9·13·12

23   DATED: _____

24

25   _____
     HONORABLE JAY C. GANDHI

26   UNITED STATES MAGISTRATE JUDGE

27

28

2